UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR OF THE TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,  <br><br>Plaintiff,  <br><br>v.  <br><br>NASDI, LLC f.k.a. NORTH AMERICAN SITE DEVELOPERS, INC.  <br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT**

1. This is an action under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq*., brought by Plaintiff on behalf of the Teamsters Union 25 Health Services and Insurance Plan ("Plan") for damages and injunctive relief arising from unpaid and delinquent contributions.

2. This court has jurisdiction pursuant to ERISA § 502(e), 29 U.S.C. § 1132(e) and venue lies in this district pursuant to 29 U.S.C. § 1132(e)(2).

3. Plaintiff, Carol Blanchard, is the Executive Director of the Plan and is a "fiduciary" within the meaning of ERISA § 502(a)(3), 29 U.S.C. § 1132(a)(3).

4. The Plan is an "employee welfare plan" or "welfare" within the meaning of ERISA § 3(37)(A), 29 U.S.C. § 1002(37)(A) and is an "employee benefit plan" or "plan" within the meaning of ERISA § 3 (1) and (3), 29 U.S.C., § 1002(1) and (3). The Plan has its principal office at and is administered from 16 Sever Street, Sullivan Square, Charlestown, MA 02129.

5. Defendant NASDI, LLC f.k.a. North American Site Developers, Inc. ("NASDI") is a Delaware corporation and an employer with a place of business in Stoughton, Massachusetts.

6. Defendant NASDI is an "employer" within the meaning of ERISA § 3(5), 29 U.S.C. § 1002(5) and an employer in an industry affecting commerce within the meaning of 29 U.S.C. § 142(1) and §152(2), (6) and (7).

7. Teamsters Local Union No. 25 is a "labor organization" within the meaning of 29 U.S.C. § 152(5).

8. At all material times, Defendant NASDI was obligated by the terms of one or more collective bargaining agreements ("CBAs") between it and Teamsters Local Union No. 25 and by the terms of the Plan's Agreement and Declaration of Trust ("Trust Agreement"), to make monthly contributions to the Plan on behalf of certain employees in order to provide the employees with health benefits.

9. Defendant NASDI has failed to make required monthly contributions to the Plan in violation of Section 515 of ERISA, 29 U.S.C. § 1145, its CBA and the Trust Agreement.

WHEREFORE, Plaintiff demands that judgment enter against Defendant NASDI, LLC in accordance with Section 502(g)(2) of ERISA, 29 U.S.C. § 1132(g)(2):

1. Awarding the Pension Fund the following amounts:

  a. the unpaid contributions;
  b. interest on those contributions;
  c. liquidated damages in an amount equal to the greater of interest on the unpaid contributions or 20% of the unpaid contributions;
  d. all costs and reasonable attorney's fees incurred by the Pension Fund in connection with this action; and

2. Ordering such other and further relief as this court may deem just and proper.

Dated: January 8, 2021                                      Respectfully submitted,

                                                                      Catherine M. Campbell, Esq.
                                                                       BBO # 549397
                                                                       cmc@fdb-law.com
                                                                       Melissa A. Brennan, Esq.
                                                                       BBO # 669489
                                                                       mab@fdb-law.com
                                                                       Feinberg, Dumont & Brennan
                                                                       177 Milk Street, Suite 300
                                                                       Boston, MA 02109
                                                                       Tel.: (617) 338-1976

                                                                       /s/ Catherine M. Campbell

                                                                       Attorney for Plaintiff,
                                                                       Carol Blanchard, Executive Director

## **CERTIFICATE OF SERVICE**

      I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this date by USPS certified mail, return receipt requested, to the United States Secretary of Labor and Department of Treasury.

Dated: January 8, 2021                                      /s/ Catherine M. Campbell
                                                                                           Catherine M. Campbell, Esq.