UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA GNERRE, EXECUTIVE DIRECTOR OF THE TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,<br><br>Plaintiff,<br><br>v.<br><br>NASDI, LLC f.k.a. NORTH AMERICAN SITE DEVELOPERS, INC.,<br><br>Defendant. | C.A. No.: 21-10048 WGY |

## JOINT STATEMENT OF COUNSEL

On November 14, 2023, the parties appeared before this court regarding the Plaintiff's Motion for Summary Judgment. The court granted the Plaintiff's motion and asked the parties to resolve the issue of the audit within thirty (30) days. The parties have conferred and now report to the court that the audit issue has been resolved and the Plaintiff will not seek the $686.55 as requested in the proposed judgment.

Respectfully submitted,

| | |
|---|---|
| For the Plaintiff,<br>Maria Gnerre, Executive Director<br>Of the Teamsters Union 25<br>Health Services & Insurance Plan,<br>By her Attorney, | For the Defendant,<br>NASDI, LLC f/k/a<br>North American Site Developers, Inc.,<br><br>By its Attorney, |
| /s/ Melissa A. Brennan<br>Melissa A. Brennan, Esq.<br>BBO # 669489<br>Feinberg, Dumont, Brennan & Liacos<br>177 Milk Street, Suite 300<br>Boston, MA 02109<br>Tel.: (617) 338-1976<br>mab@fdb-law.com | /s/ Megan M. Dart<br>Megan M. Dart, Esq.<br>BBO # 679812<br>353 W. Center Street<br>W. Bridgewater MA 02379<br>Tel.: (617) 653-9773<br>megan.dart@gmail.com |
| Dated: November 21, 2023 | Dated: November 21, 2023 |

## **CERTIFICATE OF SERVICE**

      I, Melissa A. Brennan, hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent by First-Class mail to those indicated as non-registered participants.

Dated:  November 21, 2023                                                       /s/ Melissa A. Brennan  
                                                                                               Melissa A. Brennan, Esq.