UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

                                            Civil Action

                                            No:   21-10048-WGY

GNERRE

Plaintiff

v.

NASDI, LLC

Defendant

JUDGMENT

This action came before the Court for a ruling on Plaintiff's Motion for Summary Judgment.    The issues have been heard and the Court Orders the Motion for Summary Judgment is Allowed.

IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE PLAINTIFF:

MARIA GNERRE

ROBERT M. FARRELL

CLERK OF COURT

  /s/ Jennifer Gaudet

Deputy Clerk

March 25, 2024